DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**IRA LEE COR,**
Appellant,

v.

**BANK OF AMERICA, N.A.,**
Appellee.

No. 4D21-2972

[April 21, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan B. Frink, Judge; L.T. Case No. CACE19008708.

Ira Lee Cor, Plantation, pro se.

Carlos Cruanes of Andreu, Palma, Lavin & Solis, PLLC, Miami, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., FORST and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***